JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAGIOTIS THEODOROPOULOS, AN INDIVIDUAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No.<br>CV 12-7938 JGB(RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 18, 2014

JESUS G. BERNAL
United States District Judge